IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT LEE NEWBOLD,<br><br>Debtor. | Case No. 2:23-MC-00164-DJC-JDP<br><br>**[PROPOSED]** **ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:14-CR-00223-JAM |
| STANDARD RETIREMENT SERVICES, INC.,<br><br>Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on December 19, 2023, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT        1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: __October 24, 2024__

/s/ Jeremy Peterson

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE